```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


CARMELLO K.V. DEKANE,           :
                                :
     Plaintiff,                 :
                                :
     v.                         :    CASE NO. 3:10cv528(RNC)
                                :
MARSHALL SCARPA                 :
                                :
     Defendant.                 :
```

ORDER

Mail sent from the court to the plaintiff at the address on the court's docket was returned. The court's research reveals that the plaintiff is presently incarcerated and accordingly directs the Clerk of the Court to send the appropriate paperwork to the plaintiff, inmate #280966, Corrigan-Radgowski Correctional Center, 86 Norwich-New London Turnpike Uncasville, CT 06382

The plaintiff is advised that he must provide at all times the Clerk of the Court with a current address at which service can be made. See D. Conn. L. Civ. P. 83.1(c)(2). Failure to do so may result in the dismissal of the complaint.

SO ORDERED at Hartford, Connecticut this 1st day of September, 2010.

                                                _____/s/_____
                                                Donna F. Martinez
                                                United States Magistrate Judge