UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARMELLO DEKANE,
    Plaintiff,

v.    CASE NO. 3:10CV528 (RNC)

MARSHALL SCARPA,
    Defendant.

## ORDER & NOTICE

More than 120 days have elapsed since the complaint was filed but the plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to file a memorandum on or before October 15, 2010 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 30th day of September, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge