```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

CARMELLO K.V. DEKANE,            :
                                 :
    Plaintiff,                   :
                                 :
    v.                           :    CASE NO. 3:10cv528(RNC)
                                 :
MARSHALL SCARPA,                 :
                                 :
    Defendant.                   :

ORDER

The defendant filed a status report on May 8, 2012 (doc. #59) informing the court that he is unable to contact the pro se plaintiff. Through counsel, the defendant attempted to contact the plaintiff at the address on the docket and at Sierra Center, 42 Howe Street, New Haven, Connecticut, a halfway house to which the plaintiff had been released.

Rule 83.1(c)(2) of the Local Rules of Civil Procedure for the District of Connecticut requires the plaintiff to provide his address. It states that "[a]ny party appearing pro se must give an address within the District of Connecticut where service can be made upon him or her in the same manner as service is made on an attorney."

It is hereby ORDERED that by June 15, 2012 the plaintiff shall file with the Clerk of the Court a written notice of change of address. If plaintiff fails to do so, the court may recommend that the case will be dismissed.

SO ORDERED at Hartford, Connecticut this 30th day of May, 2012.

                                                   _____/s/_____
                                                   Donna F. Martinez
                                                   United States Magistrate Judge